UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 19, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO CERNA ARIAS<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00188-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PEDRO CERNA ARIAS Case No. 2:21-cr-00188-KJM Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

　　　　_____   Release on Personal Recognizance

　　　　_____   Bail Posted in the Sum of $ _____

　　　X　　   Unsecured Appearance Bond $ 100,000.00 co-signed by wife and adult children as stated on the record

　　　　_____   Appearance Bond with 10% Deposit

　　　　_____   Appearance Bond with Surety as stated on the record in open court.

　　　　_____   Corporate Surety Bail Bond

　　　　_____   (Other): _____

Issued at Sacramento, California on at 2:00 PM on October 19, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE