Jessica Walsh, Esq. SBN 289507
THE UNITED FIRM
111 N. Market Street, Ste 888
San Jose CA 95113
Telephone: (408) 516-1208
Facsimile: (408) 516-1209
jessicawalsh@unitedfirm.com

Attorney for Defendant
PEDRO CERNA ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No: 2:21-CR-0188KJM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| PEDRO CERNA ARIAS | |
| Defendant. | |

The above-captioned matter is set for a sentencing hearing on December 19, 2024.  Due to scheduling conflict defense counsel request that the December 19, 2024, hearing be continued until January 9, 2025.

IT IS SO STIPULATED

DATED:   December 10, 2024               /s/_____
                                         DAVID SPENCER
                                         Assistant United States Attorneys

DATED:   December 10, 2024               /s/_____
                                         JESSICA WALSH
                                         Counsel for Defendant Pedro Cerna Arias

-1-

ORDER

Based upon the stipulation of the parties, the Court ORDERS sentencing hearing be set for Defendant Pedro Cerna Arias be set on January 9, 2025, at 9:00 a.m.

        IT IS SO ORDERED.

Dated:  December 12, 2024       /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE