Jessica Walsh, Esq. SBN 289507
THE UNITED FIRM
55 S. Almaden Ste 800
San Jose CA 95113
Telephone: (408) 516-1208
Facsimile: (408) 516-1209
jessicawalsh@unitedfirm.com

Attorney for Defendant
PEDRO CERNA ARIAS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PEDRO CERNA ARIAS,<br><br>   Defendant. | Case No.:   2:21-cr-00188-DJC-2<br><br>**STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |

### STIPULATION

The defendant was ordered to self-surrender on April 3, 2025. BOP has not yet designated an institution for defendant to serve his sentence. The US Marshal's office in San Jose asked if the self-surrender date can be continued to allow BOP to designate an institution so that the defendant can surrender directly to the BOP, rather than to US Marshal's custody. In light of this, the parties stipulate and jointly request that the Court continue defendant's self-surrender date to May 14, 2025.

DATED:  April 2, 2025          /s/
                               DAVID SPENCER
                               Assistant United States Attorney

DATED:  April 2, 2025          /s/
                               JESSICA WALSH
                               Counsel for Defendant Pedro Cerna Arias

1

<u>ORDER</u>

Based on the stipulation of the parties, the defendant is ORDERED to surrender to the institution designated by the Bureau of Prisons, or to the US Marshal if no institution has been designated, by 12:00 pm on May 14, 2025.

DATED:  April 2, 2025                                   /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE